# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EBRAZ EXPORTADORA LTDA., | Case No.  1:25-cv-00473-KES-SAB |
| Plaintiff, | ORDER GRANTING STEVEN L. PENARO'S *PRO HAC VICE* APPLICATION |
| v. | (ECF No. 5) |
| TERRAFRESH ORGANICS LLCS, | |
| Defendant. | |

Before the Court is the application of Steven L. Penaro, attorney for Plaintiff Ebraz Exportadora Ltda., for admission to practice *pro hac vice*.  L.R. 180(b)(2).  Having reviewed the application, the application for admission to practice *pro hac vice* is HEREBY GRANTED.  The *pro hac vice* attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated:   **April 28, 2025**

STANLEY A. BOONE
United States Magistrate Judge

1