# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EBRAZ EXPORTADORA LTDA.,<br><br>   Plaintiffs,<br><br>   v.<br><br>TERRAFRESH ORGANICS LLC,<br><br>   Defendant. | Case No. 1:24-cv-00473-KES-SAB<br><br>ORDER GRANTING JENNA S. JONES' *PRO HAC VICE* APPLICATION<br><br>(ECF No. 6) |

Before the Court is the application of Jenna S. Jones, attorney for Plaintiff Ebraz Exportadora Ltda, for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2) of the Local Rules of Practice of the United States District Court for this District. Having reviewed the application, Jenna S. Jones's application for admission to practice *pro hac vice* is HEREBY GRANTED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated:   **April 28, 2025**

STANLEY A. BOONE
United States Magistrate Judge