# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EBRAZ EXPORTADORA LTDA.,<br><br>    Plaintiff,<br><br>    v.<br><br>TERRAFRESH ORGANICS, LLC,<br><br>    Defendant. | Case No. 1:25-cv-00473-KES-SAB<br><br>ORDER TAKING PLAINTIFF'S MOTION FOR LEAVE TO AMEND UNDER SUBMISSION AND VACATING DECEMBER 17, 2025 HEARING<br><br>(ECF No. 18) |

On October 24, 2025, Plaintiff filed a motion for leave to amend, indicating that Defendant did not oppose. (ECF No. 18.) Notwithstanding that non-opposition, Plaintiff nonetheless decided to move for leave to amend as opposed to filing a stipulation. Therefore, the Court, by Local Rule 230(c), was required to wait two weeks for Defendant to file an opposition or non-opposition. That deadline has now passed, and Defendant has filed nothing on the docket. The Local Rules provides that a party who fails to file a timely opposition is not entitled to be heard in opposition to the motion at oral argument. L.R. 230(c).[1]

///

///

///

---

[1] Going forward, the Court urges the parties to consider utilizing stipulations when issues are unopposed in order to promote economy and efficiency for the parties as well as the Court.

Accordingly, IT IS HEREBY ORDERED that the matter is taken under submission, and the Court will be decided the motion on the papers. The hearing set for December 17, 2025, is VACATED, and the parties will not be required to appear at that time.

IT IS SO ORDERED.

Dated: **November 10, 2025**

STANLEY A. BOONE
United States Magistrate Judge

2